Form ntcdsm1

226 West Second Street
Flint, MI 48502

**UNITED STATES BANKRUPTCY COURTS**
Eastern District of Michigan

Case No.: **19−30516−jda**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Richard A. Vincent
   7242 33rd Ave. N
   St. Petersburg, FL 33710

Social Security No.:
   xxx−xx−5391

Employer's Tax I.D. No.:

### NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Chapter 13 Case (Failure to File Information)** was entered on **5/9/22** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 5/9/22

                                                           BY THE COURT

                                                           Todd M. Stickle , Clerk of Court
                                                           UNITED STATES BANKRUPTCY COURT